# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-50566
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SAUL SOLIS-ARROYO, also known as Arnulfo Arroyo, also known as Raul
Solis, also known as Mario Jaramillo, also known as Jaime Palo, also known
as Alcadio Gamero, also known as Arnulfo Benitez, also known as Saul Solis,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:13-CR-197-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Saul Solis-Arroyo raises an
argument that he concedes is foreclosed by *United States v. Gomez-Herrera*,
523 F.3d 554, 562-63 (5th Cir. 2008), which rejected the argument that fast
track programs create unwarranted disparities between defendants in districts
that have the programs and defendants in districts that do not have such

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

programs. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.